**DYKEMA GOSSETT LLP**
Allan Gabriel, SNB: 76477
*agabriel@dykema.com*
J. Kevin Snyder, SBN: 107509
*ksnyder@dykema.com*
Todd Gale, SBN: 149771
*tgale@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendants
LOEC, INC.; LORILLARD, INC.; ITG BRANDS, LLC;
REYNOLDS AMERICA, INC.; FONTEM US, INC.;
and FONTEM HOLDINGS 4 B.V.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IN RE FONTEM US, INC. CONSUMER CLASS ACTION LITIGATION | Case No. 8:15-cv-01026-JVS-RAO<br><br>Assigned to Hon. James V. Selna<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION OR RECONSIDERATION, OR , IN THE ALTERNATIVE, ENTRY OF JUDGMENT PURSUANT TO FRCP 54(B), OR CERTIFICATION FOR INTERLOCUTORY APPEAL**<br><br>Date: February 13, 2017<br>Time: 1:30 p.m.<br>Place: Courtroom 10C |

**TO THE PARTIES AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants LOEC, Inc.; Lorillard, Inc.; ITG Brands, LLC; Reynolds America, Inc.; Fontem US, Inc.; and Fontem Holdings 4 B.V. (collectively, "Defendants") hereby request that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201:

1. The Court of Appeals for the Ninth Circuit's docket in *Brazil v. Dole Packaged Foods, LLC*, No. 14-17480 (9th Cir. 2016) (available through CM-ECF and PACER), a true and correct copy of which is attached hereto as **Exhibit A**. The docket of this appeal reflects that the Ninth Circuit considered the issues and entered an unpublished judgment on September 30, 2016.

2. The Court of Appeals for the Ninth Circuit's docket in *Briseno v. ConAgra Foods, Inc.*, No. 15-55727 (9th Cir. 2016) (available through CM-ECF and PACER), a true and correct copy of which is attached hereto as **Exhibit B**. The docket of this appeal reflects that the Ninth Circuit heard oral argument on this matter on September 12, 2016, but has not yet rendered a decision.

3. The Court of Appeals for the Ninth Circuit's docket in *Jones, et al v. ConAgra Foods, Inc.*, No. 14-16327 (9th Cir. 2016) (available through CM-ECF and PACER), a true and correct copy of which is attached hereto as **Exhibit C**. The docket of this appeal reflects that the Ninth Circuit has not heard oral argument on this matter, and the case has been stayed pending the United States Supreme Court's decision in *Microsoft Corp. v. Baker*, 136 S. Ct. 890 (2016).

Federal Rule of Evidence 201(b)(2) provides that the Court may properly take judicial notice of facts that are not subject to reasonable dispute because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." None of these documents is subject to reasonable dispute, because they are all matters of public record. *See Headwaters Inc. v. United States Forest Serv.*, 399 F.3d 1047, 1050 (9th Cir. 2005) ("Materials from a proceeding in another tribunal are appropriate for judicial notice"); *Mir v. Little Co. of Mary Hosp.*, 844

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

F.2d 646, 649 (9th Cir. 1988) (court may take judicial notice of court records); *see also Johnson v. Martel*, 2010 U.S. Dist. LEXIS 52978, at *3 n.2 (C.D. Cal. Apr. 30, 2010) (Selna, J.) ("Pursuant to Rule 201, the Court also takes judicial notice of the electronic dockets for the Ninth Circuit available through the PACER system"); *Vasquez v. Warden*, 2009 U.S. Dist. LEXIS 70770, at *5 n.2 (C.D. Cal. July 30, 2009) (Selna, J.) (same).

Because these documents are court documents from another tribunal, and thus matters of public record, none of them is subject to reasonable dispute. Therefore, Defendants respectfully request that the Court take judicial notice of each of the documents.

Dated: December 19, 2016         **DYKEMA GOSSETT LLP**

By: /s/ *Allan Gabriel*
    Allan Gabriel
    J. Kevin Snyder
    Todd Gale
    Attorneys for Defendants
    LOEC, INC.; LORILLARD, INC.;
    ITG BRANDS, LLC;
    REYNOLDS AMERICA, INC.;
    FONTEM US, INC.;
    and FONTEM HOLDINGS 4 B.V.