# EXHIBIT A

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 14-17480<br>**Nature of Suit:** 3890 Other Statutory Actions<br>Chad Brazil v. Dole Packaged Foods, LLC<br>**Appeal From:** U.S. District Court for Northern California, San Jose<br>**Fee Status:** Paid | **Docketed:** 12/18/2014<br>**Termed:** 09/30/2016 |

**Case Type Information:**
  **1)** civil
  **2)** private
  **3)** null

**Originating Court Information:**
  **District:** 0971-5 : 5:12-cv-01831-LHK
  **Court Reporter:** Gina Galvin Colin, Court Reporter
  **Court Reporter:** Summer A. Fisher, Court Reporter
  **Court Reporter:** Lee-Anne Marie Shortridge, Official Court Reporter
  **Trial Judge:** Lucy H. Koh, District Judge
  **Date Filed:** 04/11/2012

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 12/08/2014 | 12/08/2014 | 12/17/2014 | 12/17/2014 |

**Prior Cases:**
  14-80087   **Date Filed:** 06/16/2014   **Date Disposed:** 11/17/2014   **Disposition:** Dismissed - Judge Order

**Current Cases:**
  None

Exhibit A, Page 3

CHAD BRAZIL, individually and on behalf of all others similarly situated,

    Plaintiff - Appellant,

 v.

DOLE PACKAGED FOODS, LLC,

    Defendant - Appellee.

| Date | # | Description |
|---|---|---|
| 12/18/2014 | 1<br>14 pg, 404.34 KB | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. SEND MQ: Yes. The schedule is set as follows: Mediation Questionnaire due on 12/26/2014. Transcript ordered by 01/16/2015. Transcript due 02/17/2015. Appellant Chad Brazil opening brief due 03/27/2015. Appellee Dole Packaged Foods, LLC answering brief due 04/27/2015. Appellant's optional reply brief is due 14 days after service of the answering brief. [9355388] (RT) [Entered: 12/18/2014 03:52 PM] |
| 12/26/2014 | 2<br>4 pg, 74.6 KB | Filed (ECF) Appellant Chad Brazil Mediation Questionnaire. Date of service: 12/26/2014. [9362713] [14-17480] (Gore, Ben (Pierce)) [Entered: 12/26/2014 01:54 PM] |
| 01/28/2015 | 3<br>1 pg, 91.82 KB | Filed Mediation order: This case is NOT SELECTED for inclusion in the Mediation Program. Counsel may contact circuit mediator to discuss services available through the court's mediation program, to request a settlement assessment conf, or to request a stay of the appeal for settlement purposes. Also, upon agreement of the parties, the brfing sch can be modified or vacated to facilitate settlement discussions. Csl are requested to send copies of this order to their clients. Info regarding the mediation program may be found at www.ca9.uscourts.gov/mediation. [9398782] (VS) [Entered: 01/28/2015 08:32 AM] |
| 03/27/2015 | 4<br>1102 pg, 35.01 MB | Submitted (ECF) Opening Brief and excerpts of record for review. Submitted by Appellant Chad Brazil. Date of service: 03/27/2015. [9474769] [14-17480]--[COURT UPDATE: Attached corrected volume 1 of excerpts. 04/02/2015 by RY] (Barrett, Charles) [Entered: 03/27/2015 12:02 PM] |
| 04/02/2015 | 5 | COURT DELETED INCORRECT/DUPLICATE ENTRY. Corrected excerpts attached to Entry: [4]. Notice about deletion sent to case participants registered for electronic filing. Original Text: Submitted (ECF) excerpts of record. Submitted by Appellant Chad Brazil. Date of service: 04/02/2015. [9481832] [14-17480] (Barrett, Charles) [Entered: 04/02/2015 12:10 PM] |
| 04/02/2015 | 6<br>2 pg, 187.75 KB | Filed clerk order: The opening brief [4] submitted by Chad Brazil is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: blue. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. The Court has reviewed the excerpts of record [4] submitted by Chad Brazil. Within 7 days of this order, filer is ordered to file 4 copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6. [9482108] (GV) [Entered: 04/02/2015 02:05 PM] |
| 04/03/2015 | 7 | Filed (ECF) Streamlined request for extension of time to file Answering Brief by Appellee Dole Packaged Foods, LLC. New requested due date is 05/27/2015. [9483855] [14-17480] (Vetesi, Claudia) [Entered: 04/03/2015 03:46 PM] |
| 04/06/2015 | 8 | **Streamlined request [7] by Appellee Dole Packaged Foods, LLC to extend time to file the brief is approved. Amended briefing schedule: Appellee Dole Packaged Foods, LLC answering brief due 05/27/2015. The optional reply brief is due 14 days from the date of service of the answering brief.** [9485194] (BJK) [Entered: 04/06/2015 02:25 PM] |
| 04/08/2015 | 9<br>9 pg, 429.43 KB | Received Appellant Chad Brazil notice of filing excerpts of record Volume 5 Under Seal w/dc order attached; served on 3/27/15. [9488609] (GV) [Entered: 04/08/2015 02:57 PM] |
| 04/08/2015 | 10 | Filed Appellant Chad Brazil paper copies of excerpts of record [4] in 6 volume(s). Volume 5 UNDER SEAL. [9488654] (GV) [Entered: 04/08/2015 03:12 PM] |
| 04/08/2015 | 11 | Received 7 paper copies of Opening brief [4] filed by Chad Brazil. [9488685] (SD) [Entered: 04/08/2015 03:24 PM] |
| 05/27/2015 | 12<br>59 pg, 146.36 KB | Submitted (ECF) Answering Brief for review. Submitted by Appellee Dole Packaged Foods, LLC. Date of service: 05/27/2015. [9552074] [14-17480] (Stern, William) [Entered: 05/27/2015 09:51 PM] |
| 05/28/2015 | 13 | Filed (ECF) Streamlined request for extension of time to file Reply Brief by Appellant Chad Brazil. New requested due date is 07/10/2015. [9552229] [14-17480] (Barrett, Charles) [Entered: 05/28/2015 08:53 AM] |
| 05/28/2015 | 14<br>2 pg, 186.67 KB | Filed clerk order: The answering brief [12] submitted by Dole Packaged Foods, LLC is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: red. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [9552524] (TLH) [Entered: 05/28/2015 10:13 AM] |
| 05/28/2015 | 15 | **Streamlined request [13] by Appellant Chad Brazil to extend time to file the brief is approved. Amended briefing schedule: the optional reply brief is due 07/10/15.** [9553807] (BJK) [Entered: 05/28/2015 04:41 PM] |
| 05/29/2015 | 16 | Received 7 paper copies of Answering brief [12] filed by Dole Packaged Foods, LLC. [9554968] (SD) [Entered: 05/29/2015 01:47 PM] |
| 06/03/2015 | 17<br>31 pg, 205.67 KB | Submitted (ECF) Amicus brief for review (by government or with consent per FRAP 29(a)). Submitted by Chamber of Commerce of the United States of America. Date of service: 06/03/2015. [9560492] [14-17480] (Rosen, Jeremy) [Entered: 06/03/2015 02:06 PM] |

Exhibit A, Page 5

| Date | Doc # | Description |
|---|---|---|
| 06/03/2015 | ☐ 18 | Entered appearance of Amicus Curiae Chamber of Commerce of the United States. [9560887] (GV) [Entered: 06/03/2015 04:08 PM] |
| 06/03/2015 | ☐ 19<br>2 pg, 187.5 KB | Filed clerk order: The amicus brief [17] submitted by Chamber of Commerce of the United States is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: green. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [9560890] (GV) [Entered: 06/03/2015 04:09 PM] |
| 06/04/2015 | ☐ 20 | Received 7 paper copies of Amicus brief [17] filed by Chamber of Commerce of the United States. [9562092] (SD) [Entered: 06/04/2015 02:38 PM] |
| 07/02/2015 | ☐ 21<br>12 pg, 302.15 KB | Filed (ECF) Appellee Dole Packaged Foods, LLC citation of supplemental authorities. Date of service: 07/02/2015. [9597680] [14-17480] (Stern, William) [Entered: 07/02/2015 02:41 PM] |
| 07/10/2015 | ☐ 22<br>37 pg, 152.3 KB | Submitted (ECF) Reply Brief for review. Submitted by Appellant Chad Brazil. Date of service: 07/10/2015. [9605698] [14-17480] (Barrett, Charles) [Entered: 07/10/2015 10:36 AM] |
| 07/10/2015 | ☐ 23<br>2 pg, 187.27 KB | Filed clerk order: The reply brief [22] submitted by Chad Brazil is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: gray. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [9605772] (GV) [Entered: 07/10/2015 11:04 AM] |
| 07/15/2015 | ☐ 24 | Received 7 paper copies of Reply brief [22] filed by Chad Brazil. [9610819] (SD) [Entered: 07/15/2015 10:46 AM] |
| 07/20/2015 | ☐ 25<br>29 pg, 195.45 KB | Filed (ECF) Appellee Dole Packaged Foods, LLC citation of supplemental authorities. Date of service: 07/20/2015. [9615982] [14-17480] (Stern, William) [Entered: 07/20/2015 03:14 PM] |
| 08/19/2015 | ☐ 26<br>5 pg, 143.46 KB | Filed (ECF) Appellee Dole Packaged Foods, LLC citation of supplemental authorities. Date of service: 08/19/2015. [9652687] [14-17480] (Stern, William) [Entered: 08/19/2015 01:27 PM] |
| 09/02/2015 | ☐ 27<br>95 pg, 315.89 KB | Filed (ECF) Appellee Dole Packaged Foods, LLC citation of supplemental authorities. Date of service: 09/02/2015. [9669935] [14-17480] (Stern, William) [Entered: 09/02/2015 01:52 PM] |
| 09/25/2015 | ☐ 28<br>15 pg, 1.55 MB | Filed (ECF) Appellant Chad Brazil citation of supplemental authorities. Date of service: 09/25/2015. [9696757] [14-17480] (Barrett, Charles) [Entered: 09/25/2015 01:31 PM] |
| 10/06/2015 | ☐ 29<br>59 pg, 454.9 KB | Filed (ECF) Appellee Dole Packaged Foods, LLC citation of supplemental authorities. Date of service: 10/06/2015. [9708730] [14-17480] (Stern, William) [Entered: 10/06/2015 01:55 PM] |
| 01/04/2016 | ☐ 30<br>23 pg, 204.38 KB | Filed (ECF) Appellee Dole Packaged Foods, LLC Joint Motion for miscellaneous relief [JOINT MOTION BY ALL PLAINTIFFS AND DEFENDANT DOLE PACKAGED FOODS IN THE ABOVE-CAPTIONED CASES TO HAVE CASES HEARD BY THE SAME MERITS PANEL]. Date of service: 01/04/2016. [9813247] [14-17480] (Stern, William) [Entered: 01/04/2016 11:20 AM] |
| 01/14/2016 | ☐ 31<br>1 pg, 42.5 KB | Filed clerk order (Deputy Clerk: DMA): The motion to have this appeal assigned to the same merits panel as appeals No. 14-16327, Jones v. ConAgra Foods, Inc., and No. 15-55727, Briseño v. ConAgra Foods, Inc., is granted, in part. This appeal shall be assigned to the same merits panel as appeals Nos. 14-16327 and 15-55727. The requests for oral argument and for a full allotment of time for oral argument for each appeal are referred to the merits panel. Briefing is complete. [9827767] (WL) [Entered: 01/14/2016 01:32 PM] |
| 03/24/2016 | ☐ 32 | This case is being considered for the July 2016 San Francisco oral argument calendar. The exact date of your oral argument has not been determined at this time.<br>The following is a link to the upcoming court sessions:<br>http://cdn.ca9.uscourts.gov/datastore/uploads/calendar/sitdates_2016.pdf.<br>Please review these upcoming dates *immediately* to determine if you have any conflicts with them. If you do have conflicts, please inform the Court within 3 days of this notice by sending a letter to the Court using CM/ECF (**Type of Document**: File Correspondence to Court; **Subject**: regarding availability for oral argument).<br>The Court discourages motions to continue after this 3-day period.<br>The clerk's office takes conflict dates into consideration in scheduling oral arguments but cannot guarantee that every request will be honored. Your case will be assigned to a calendar approximately 10 weeks before the scheduled oral argument date.<br>Note that your case will be set for hearing in due course if it is not assigned to this calendar.<br>In addition, if parties would like to discuss settlement before argument is scheduled, they should jointly request a referral to the mediation unit. Such a referral will postpone the calendaring of oral argument. All such requests must be made within 3 days of this notice by sending a letter to the Court using CM/ECF (Type of Document: File Correspondence to Court; Subject: request for mediation). Once the case is calendared, it is unlikely that the court will postpone argument for settlement discussions.[9915025] (AW) [Entered: 03/24/2016 05:34 PM] |
| 04/04/2016 | | |

Exhibit A, Page 6

| | | | |
|---|---|---|---|
| | ☐ 33<br>27 pg, 461.88 KB | | Filed (ECF) Appellee Dole Packaged Foods, LLC citation of supplemental authorities. Date of service: 04/04/2016. [9925512] [14-17480] (Stern, William) [Entered: 04/04/2016 10:20 AM] |
| 04/05/2016 | ☐ 35 | | Ordered electronic copies of appellants sealed excerpts of record. [9927840] (SOS) [Entered: 04/05/2016 12:41 PM] |
| 04/05/2016 | ☐ 36 | | Received electronic copies of appellants sealed excerpts of record. [9928707] (SOS) [Entered: 04/05/2016 04:37 PM] |
| 04/21/2016 | ☐ 37 | | This case is being considered for the August 2016 San Francisco oral argument calendar. The exact date of your oral argument has not been determined at this time.<br>The following is a link to the upcoming court sessions:<br>http://cdn.ca9.uscourts.gov/datastore/uploads/calendar/sitdates_2016.pdf.<br>Please review these upcoming dates *immediately* to determine if you have any conflicts with them. If you do have conflicts, please inform the Court within 3 days of this notice by sending a letter to the Court using CM/ECF (**Type of Document**: File Correspondence to Court; **Subject**: regarding availability for oral argument).<br>The Court discourages motions to continue after this 3-day period.<br>The clerk's office takes conflict dates into consideration in scheduling oral arguments but cannot guarantee that every request will be honored. Your case will be assigned to a calendar approximately 10 weeks before the scheduled oral argument date.<br>Note that your case will be set for hearing in due course if it is not assigned to this calendar.<br>In addition, if parties would like to discuss settlement before argument is scheduled, they should jointly request a referral to the mediation unit. Such a referral will postpone the calendaring of oral argument. All such requests must be made within 3 days of this notice by sending a letter to the Court using CM/ECF (Type of Document: File Correspondence to Court; Subject: request for mediation). Once the case is calendared, it is unlikely that the court will postpone argument for settlement discussions.[9948918] (AW) [Entered: 04/21/2016 03:34 PM] |
| 05/17/2016 | ☐ 38 | | This case is being considered for the September 2016 San Francisco oral argument calendar. The exact date of your oral argument has not been determined at this time.<br>The following is a link to the upcoming court sessions:<br>http://cdn.ca9.uscourts.gov/datastore/uploads/calendar/sitdates_2016.pdf.<br>Please review these upcoming dates *immediately* to determine if you have any conflicts with them. If you do have conflicts, please inform the Court within 3 days of this notice by sending a letter to the Court using CM/ECF (**Type of Document**: File Correspondence to Court; **Subject**: regarding availability for oral argument).<br>The Court discourages motions to continue after this 3-day period.<br>The clerk's office takes conflict dates into consideration in scheduling oral arguments but cannot guarantee that every request will be honored. Your case will be assigned to a calendar approximately 10 weeks before the scheduled oral argument date.<br>Note that your case will be set for hearing in due course if it is not assigned to this calendar.<br>In addition, if parties would like to discuss settlement before argument is scheduled, they should jointly request a referral to the mediation unit. Such a referral will postpone the calendaring of oral argument. All such requests must be made within 3 days of this notice by sending a letter to the Court using CM/ECF (Type of Document: File Correspondence to Court; Subject: request for mediation). Once the case is calendared, it is unlikely that the court will postpone argument for settlement discussions.[9980211] (AW) [Entered: 05/17/2016 03:12 PM] |
| 05/23/2016 | ☐ 39<br>3 pg, 10.17 KB | | Filed (ECF) Appellee Dole Packaged Foods, LLC Motion to withdraw as counsel. Date of service: 05/23/2016. [9986374] [14-17480] (Stern, William) [Entered: 05/23/2016 09:55 AM] |
| 05/23/2016 | ☐ 40<br>1 pg, 32.87 KB | | Filed clerk order (Deputy Clerk: AMT):Appellee's unopposed motion to withdraw as counsel is granted. Lisa A Wongchendo, Esq. shall be removed from the court's service list. [9987461] (WL) [Entered: 05/23/2016 03:35 PM] |
| 05/23/2016 | ☐ 41 | | Terminated Lisa A. Wongchenko for Dole Packaged Foods, LLC in 14-17480 [9987462] (WL) [Entered: 05/23/2016 03:36 PM] |
| 06/21/2016 | ☐ 42<br>3 pg, 13.29 KB | | Filed (ECF) Appellant Chad Brazil Motion to withdraw as counsel. Date of service: 06/21/2016. [10023178] [14-17480] (Gore, Ben (Pierce)) [Entered: 06/21/2016 12:49 PM] |
| 06/28/2016 | ☐ 43<br>1 pg, 193.48 KB | | Filed clerk order (Deputy Clerk: OC): Plaintiff-Appellant's Counsel's Motion to Withdraw as Counsel for Plaintiff is GRANTED. [10032358] (OC) [Entered: 06/28/2016 02:13 PM] |
| 06/28/2016 | ☐ 44 | | Terminated Brian K. Herrington for Chad Brazil in 14-17480 [10032365] (OC) [Entered: 06/28/2016 02:14 PM] |
| 07/05/2016 | ☐ 45 | | Notice of Oral Argument on Monday, September 12, 2016 - 09:30 A.M. - Courtroom 1 - San Francisco CA.<br><br>View the Oral Argument Calendar for your case **here**.<br><br>Be sure to review the GUIDELINES for important information about your hearing, including when to arrive (30 minutes before the hearing time) and when and how to submit additional citations (filing electronically as far in advance of the hearing as possible). |

Exhibit A, Page 7

| | | | |
|---|---|---|---|
| | | | When you have reviewed the calendar, download the ACKNOWLEDGMENT OF HEARING NOTICE form, complete the form, and file it via Appellate ECF or return the completed form to: SAN FRANCISCO Office. [10037961] (AKM) [Entered: 07/05/2016 09:26 AM] |
| 07/27/2016 | ☐ | 46<br>12 pg, 1.27 MB | Filed (ECF) Appellant Chad Brazil citation of supplemental authorities. Date of service: 07/27/2016. [10064838] [14-17480] (Gore, Ben (Pierce)) [Entered: 07/27/2016 09:53 AM] |
| 08/16/2016 | ☐ | 47<br>1 pg, 79.13 KB | Filed (ECF) Acknowledgment of hearing notice. Location: San Francisco. Filed by Attorney Ben (Pierce) F. Gore for Appellant Chad Brazil. [10088869] [14-17480] (Gore, Ben (Pierce)) [Entered: 08/16/2016 01:59 PM] |
| 08/26/2016 | ☐ | 48<br>1 pg, 54.07 KB | Filed (ECF) Acknowledgment of hearing notice. Location: San Francisco. Filed by Attorney William L. Stern, Esquire for Appellee Dole Packaged Foods, LLC. [10102050] [14-17480] (Stern, William) [Entered: 08/26/2016 10:22 AM] |
| 08/31/2016 | ☐ | 49<br>2 pg, 268.19 KB | Filed clerk order (Deputy Clerk: OC): Counsel should be prepared to discuss at oral argument the following issues: 1) The implications, if any, on primary jurisdiction and this appeal of the FDA's November 2015 solicitation of comments regarding the use of the term "Natural" in food labels. See Food & Drug Admin., Use of the Term "Natural" in the Labeling of Human Food Products; Request for Information and Comments, 80 Fed. Reg. 69,905 (Nov. 12, 2015); see also Kane v. Chobani, LLC, 2016 WL 1161782 (Mar. 24, 2016) (unpublished). 2) Whether Plaintiff has Article III standing to pursue his "illegal product theory" claims. [10108367] (OC) [Entered: 08/31/2016 01:13 PM] |
| 09/12/2016 | ☐ | 50 | ARGUED AND SUBMITTED TO WILLIAM A. FLETCHER, MORGAN B. CHRISTEN and MICHELLE T. FRIEDLAND. [10119834] (DO) [Entered: 09/12/2016 01:04 PM] |
| 09/30/2016 | ☐ | 51<br>13 pg, 527.75 KB | FILED MEMORANDUM DISPOSITION (WILLIAM A. FLETCHER, MORGAN B. CHRISTEN and MICHELLE T. FRIEDLAND) In conclusion, the district court's orders granting summary judgment and dismissing Brazil's individual claim of unjust enrichment are REVERSED. The orders dismissing Brazil's illegal-product claims and the proposed class claim of unjust enrichment are AFFIRMED. Likewise the district court's decisions on class certification are AFFIRMED. This case is REMANDED to allow Brazil to pursue injunctive relief on behalf of the class and his remaining individual claim for restitution. The parties shall bear their own costs. FILED AND ENTERED JUDGMENT. [10143671] (PH) [Entered: 09/30/2016 10:06 AM] |
| 10/25/2016 | ☐ | 52<br>1 pg, 185.35 KB | MANDATE ISSUED.(WAF, MBC and MTF) [10172451] (RL) [Entered: 10/25/2016 10:00 AM] |

Exhibit A, Page 8

Clear All

◉ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| U.S. Court of Appeals for the 9th Circuit - 12/19/2016 07:56:19 | | | |
| **PACER Login:** | dg08212015 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 14-17480 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

Exhibit A, Page 9