# EXHIBIT C

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 14-16327 | **Docketed:** 07/15/2014 |
| **Nature of Suit:** 3890 Other Statutory Actions | |
| Levi Jones, et al v. ConAgra Foods, Inc. | |
| **Appeal From:** U.S. District Court for Northern California, San Francisco | |
| **Fee Status:** Paid | |

**Case Type Information:**
   **1)** civil
   **2)** private
   **3)** null

**Originating Court Information:**
   **District:** 0971-3 : 3:12-cv-01633-CRB
   **Court Reporter:** Jo Ann Bryce
   **Court Reporter:** Kathy Pope Wyatt, Court Reporter
   **Trial Judge:** Charles R. Breyer, Senior District Judge
   **Date Filed:** 04/02/2012

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 07/08/2014 | 07/08/2014 | 07/14/2014 | 07/14/2014 |

**Prior Cases:**
   None

**Current Cases:**
   None

Exhibit C, Page 17

LEVI JONES,

        Plaintiff - Appellant,

 v.

CONAGRA FOODS, INC.,

        Defendant - Appellee.

| Date | Doc # | Description |
|---|---|---|
| 07/15/2014 | 1<br>16 pg, 609.46 KB | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. SEND MQ: Yes. The schedule is set as follows: Mediation Questionnaire due on 07/22/2014. Transcript ordered by 08/13/2014. Transcript due 09/12/2014. Appellants Levi Jones and Christine Sturges opening brief due 10/22/2014. Appellee ConAgra Foods, Inc. answering brief due 11/21/2014. Appellant's optional reply brief is due 14 days after service of the answering brief. [9169440] (IV) [Entered: 07/15/2014 11:39 AM] |
| 07/22/2014 | 2<br>3 pg, 907.92 KB | Filed (ECF) Appellants Levi Jones and Christine Sturges Mediation Questionnaire. Date of service: 07/22/2014. [9177256] (Gore, Ben (Pierce)) [Entered: 07/22/2014 10:35 AM] |
| 07/22/2014 | 3<br>7 pg, 69.99 KB | Filed (ECF) Appellee ConAgra Foods, Inc. Mediation Questionnaire. Date of service: 07/22/2014. [9178271] (Gresham, Allen) [Entered: 07/22/2014 04:09 PM] |
| 07/23/2014 | 4<br>2 pg, 274.05 KB | Filed (ECF) Appellants Levi Jones and Christine Sturges Mediation Questionnaire. Date of service: 07/23/2014. [9179171] (Gore, Ben (Pierce)) [Entered: 07/23/2014 11:52 AM] |
| 07/24/2014 | 5 | Terminated Laura Coombe for ConAgra Foods, Inc. in 14-16327 (Terminated Laura Coombe, counsel's contact information out of date.) [9181248] (TYL) [Entered: 07/24/2014 04:58 PM] |
| 07/28/2014 | 6<br>2 pg, 18.08 KB | Filed (ECF) notice of appearance of Laura Coombe for Appellee ConAgra Foods, Inc.. Date of service: 07/28/2014. [9183983] (Coombe, Laura) [Entered: 07/28/2014 03:07 PM] |
| 07/28/2014 | 7 | Added attorney Laura Coombe for ConAgra Foods, Inc., in case 14-16327. [9184082] (SW) [Entered: 07/28/2014 03:31 PM] |
| 07/31/2014 | 8<br>2 pg, 94.42 KB | Filed Mediation order: This case is under consideration for inclusion in the Mediation Program. Within 14 days of the date of this order, counsel for all parties intending to file briefs in this matter are requested to inform the Circuit Mediator by email of their clients' views on whether the issues on appeal or the underlying dispute might be amenable to settlement presently or in the foreseeable future. This communication will be kept confidential, if requested... This communication should not be filed with the court... The existing briefing schedule remains in effect... [9189122] (VS) [Entered: 07/31/2014 11:56 AM] |
| 08/07/2014 | 9<br>2 pg, 1.07 MB | Filed (ECF) notice of appearance of David Wayne Shelton for Appellants Levi Jones and Christine Sturges. Date of service: 08/07/2014. [9197565] (Shelton, David) [Entered: 08/07/2014 03:14 PM] |
| 08/08/2014 | 10 | Added attorney David W. Shelton for Levi Jones Christine Sturges, in case 14-16327. [9198650] (SW) [Entered: 08/08/2014 12:05 PM] |
| 08/11/2014 | 11<br>1 pg, 82.3 KB | Filed Mediation order: This case is not selected for inclusion in the Mediation Program. Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions. [9200366] (VS) [Entered: 08/11/2014 12:13 PM] |
| 08/15/2014 | 12<br>2 pg, 449.07 KB | Filed (ECF) notice of appearance of Joan S. Dinsmore for Appellee ConAgra Foods, Inc.. Date of service: 08/15/2014. [9206120] (Dinsmore, Joan) [Entered: 08/15/2014 08:42 AM] |
| 08/15/2014 | 13 | Added attorney Joan S. Dinsmore for ConAgra Foods, Inc.. [9206129] (RL) [Entered: 08/15/2014 08:46 AM] |
| 08/25/2014 | 14 | Filed (ECF) Streamlined request for extension of time to file Opening Brief by Appellants Levi Jones and Christine Sturges. New requested due date is 11/21/2014 at 11:59 pm. [9217308] (Shelton, David) [Entered: 08/25/2014 11:22 AM] |
| 08/26/2014 | 15 | **Streamlined request [14] by Appellants Levi Jones and Christine Sturges to extend time to file the brief is approved. Amended briefing schedule: Appellants Levi Jones and Christine Sturges opening brief due 11/21/2014. Appellee ConAgra Foods, Inc. answering brief due 12/22/2014. The optional reply brief is due 14 days from the date of service of the answering brief.** [9218460] (SB) [Entered: 08/26/2014 07:46 AM] |
| 11/12/2014 | 16<br>4 pg, 15.85 KB | Filed (ECF) Appellant Christine Sturges Motion to dismiss the case. Date of service: 11/12/2014. [9310177] [14-16327]--[COURT UPDATE: edited docket text to reflect correct filer. 11/12/2014 by SS] (Gore, Ben (Pierce)) [Entered: 11/12/2014 02:46 PM] |
| 11/17/2014 | 17<br>1 pg, 33.12 KB | Filed order (Deputy Clerk: LK) Appellant's motion for voluntary dismissal of this case is granted. This case is dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b). A copy of this order shall act as and for the mandate of this court. [9315979] (SML) [Entered: 11/17/2014 03:21 PM] |
| 11/18/2014 | 18<br>4 pg, 15.03 KB | Filed (ECF) Appellant Levi Jones Motion for miscellaneous relief [PLAINTIFF-APPELLANT LEVI JONES'S MOTION FOR CLARIFICATION OF STURGES DISMISSAL ORDER]. Date of service: 11/18/2014. [9317349] [14-16327] (Gore, Ben (Pierce)) [Entered: 11/18/2014 01:21 PM] |
| 11/19/2014 | 19<br>1 pg, 33.35 KB | Filed AMENDED clerk order (Deputy Clerk: LKK): This order is amended to reinstate appellant Levi Jones. Appellant Christine Sturges' motion for voluntary dismissal of this case is granted. This case is dismissed as to appellant Christine Sturges pursuant to Federal Rule of Appellate Procedure 42(b). The appeal is to go forward for the remaining parties. A copy of this order shall act as and for the mandate of this court. The current briefing schedule shall remain in effect. [9319306] (WL) [Entered: 11/19/2014 03:12 PM] |
| 11/19/2014 | 20 | Terminated Appellant Christine Sturges in 14-16327 [9319310] (WL) [Entered: 11/19/2014 03:13 PM] |

Exhibit C, Page 19

| Date | Doc # | Description |
|---|---|---|
| 11/21/2014 | 21 <br> 69 pg, 615.52 KB | Submitted (ECF) Opening Brief for review. Submitted by Appellant Levi Jones. Date of service: 11/21/2014. [9322410] [14-16327] (Shelton, David) [Entered: 11/21/2014 01:37 PM] |
| 11/21/2014 | 22 <br> 1109 pg, 56.01 MB | Submitted (ECF) excerpts of record. Submitted by Appellant Levi Jones. Date of service: 11/21/2014. [9323060] [14-16327] (Shelton, David) [Entered: 11/21/2014 05:30 PM] |
| 11/24/2014 | 23 <br> 2 pg, 86 KB | Filed clerk order: The opening brief [21] submitted by Levi Jones is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: blue. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. The Court has reviewed the excerpts of record [22] submitted by Levi Jones. Within 7 days of this order, filer is ordered to file 4 copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6. [9324537] (KT) [Entered: 11/24/2014 01:46 PM] |
| 11/25/2014 | 24 <br> 31 pg, 357.4 KB | Submitted (ECF) Amicus brief for review and filed Motion to become amicus curiae. Submitted by Public Citizen, Inc. and Center for Science in the Public Interest. Date of service: 11/25/2014. [9325595] [14-16327] (Zieve, Allison) [Entered: 11/25/2014 09:10 AM] |
| 11/26/2014 | 25 | Entered appearance of Amici Curiae - Pending Public Citizen, Inc. and Center for Science in the Public Interest (CSPI). [9328042] (LA) [Entered: 11/26/2014 11:00 AM] |
| 12/01/2014 | 26 <br> 2 pg, 85.94 KB | Filed clerk order (Deputy Clerk: LKK): Brief Submitted for Review (ECF Filing) is referred to panel., Motion (ECF Filing) is referred to panel.; Motion (ECF Filing) motion to become amicus is referred to panel. (see attached PDF for complete order) [9332201] (LKK) [Entered: 12/01/2014 04:10 PM] |
| 12/01/2014 | 27 | Received 7 paper copies of Opening brief [21] filed by Levi Jones. [9333641] (SD) [Entered: 12/02/2014 01:14 PM] |
| 12/01/2014 | 28 <br> 2 pg, 472.92 KB | Received Appellant Levi Jones excerpts of record [22] in 8 volumes (Volume 7 UNDER SEAL). Served on 11/21/2014. Deficiencies: notification of filing under seal is required. Notified counsel (see attached notice). [9333710] (LA) [Entered: 12/02/2014 01:33 PM] |
| 12/04/2014 | 29 | Received 7 paper copies of Amicus brief [24] filed by Center for Science in the Public Interest (CSPI) and Public Citizen, Inc.. [9337050] (SD) [Entered: 12/04/2014 11:28 AM] |
| 12/08/2014 | 32 <br> 9 pg, 232.27 KB | Received Appellant Levi Jones notice of filing excerpts of record Volume 7 under seal, with DC protective orders attached. [9348059] (LA) [Entered: 12/12/2014 03:34 PM] |
| 12/08/2014 | 33 | Filed Appellant Levi Jones paper copies of excerpts of record [22] in 8 volumes (Volume 7 UNDER SEAL). [9348064] (LA) [Entered: 12/12/2014 03:36 PM] |
| 12/09/2014 | 30 | Filed (ECF) Streamlined request for extension of time to file Answering Brief by Appellee ConAgra Foods, Inc.. New requested due date is 01/21/2015. [9342796] [14-16327] (Coombe, Laura) [Entered: 12/09/2014 03:03 PM] |
| 12/10/2014 | 31 | **Streamlined request [30] by Appellee ConAgra Foods, Inc. to extend time to file the brief is approved. Amended briefing schedule: Appellee ConAgra Foods, Inc. answering brief due 01/21/2015. The optional reply brief is due 14 days from the date of service of the answering brief.** [9343499] (SB) [Entered: 12/10/2014 09:23 AM] |
| 01/20/2015 | 34 <br> 2 pg, 77.59 KB | Filed (ECF) notice of appearance of Katherine Grace Mims Crocker for Appellee ConAgra Foods, Inc.. Date of service: 01/20/2015. [9387923] [14-16327] (Crocker, Katherine) [Entered: 01/20/2015 01:10 PM] |
| 01/20/2015 | 35 | Added attorney Katherine Grace Mims Crocker for ConAgra Foods, Inc., in case 14-16327. [9388639] (SW) [Entered: 01/20/2015 03:44 PM] |
| 01/21/2015 | 36 <br> 108 pg, 940.5 KB | Submitted (ECF) Answering Brief and supplemental excerpts of record for review. Submitted by Appellee ConAgra Foods, Inc.. Date of service: 01/21/2015. [9390917] [14-16327] (Gresham, Allen) [Entered: 01/21/2015 07:22 PM] |
| 01/22/2015 | 37 | Filed (ECF) Streamlined request for extension of time to file Reply Brief by Appellant Levi Jones. New requested due date is 03/06/2015. [9390987] [14-16327] (Gore, Ben (Pierce)) [Entered: 01/22/2015 07:22 AM] |
| 01/22/2015 | 38 | **Streamlined request [37] by Appellant Levi Jones to extend time to file the brief is approved. Amended briefing schedule: the optional reply brief is due 03/06/2015.** [9391047] (SB) [Entered: 01/22/2015 08:20 AM] |
| 01/22/2015 | 39 <br> 2 pg, 186.68 KB | Filed clerk order: The answering brief [36] submitted by ConAgra Foods, Inc. is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: red. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. The Court has reviewed the supplemental excerpts of record [36] submitted by ConAgra Foods, Inc. Within 7 days of this order, filer is ordered to file 4 copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6. [9392138] (LA) [Entered: 01/22/2015 01:58 PM] |

| Date | Doc # | Description |
|---|---|---|
| 01/26/2015 | 40 | Filed Appellee ConAgra Foods, Inc. paper copies of supplemental excerpts of record [36] in 1 volume. [9395980] (KT) [Entered: 01/26/2015 02:43 PM] |
| 01/26/2015 | 41 | Received 7 paper copies of Answering brief [36] filed by ConAgra Foods, Inc.. [9396123] (SD) [Entered: 01/26/2015 03:21 PM] |
| 01/28/2015 | 42<br>32 pg, 94.29 KB | Submitted (ECF) Amicus brief for review (by government or with consent per FRAP 29(a)). Submitted by Brief of Washington Legal Foundation as Amicus Curiae in Suppprt of Apellee and Supporting Affirmance. Date of service: 01/28/2015. [9399243] [14-16327] (Smith, James) [Entered: 01/28/2015 10:57 AM] |
| 01/28/2015 | 43<br>47 pg, 222.29 KB | Submitted (ECF) Amicus brief for review (by government or with consent per FRAP 29(a)). Submitted by The Chamber of Commerce of the United States of America. Date of service: 01/28/2015. [9399745] [14-16327] (Pincus, Andrew) [Entered: 01/28/2015 01:58 PM] |
| 01/28/2015 | 44 | Entered appearance of Amici Curiae WLF and Chamber of Commerce of the United States. [9400264] (LA) [Entered: 01/28/2015 04:43 PM] |
| 01/28/2015 | 45<br>2 pg, 186.89 KB | Filed clerk order: The amicus brief [42] submitted by WLF is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: green. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [9400268] (LA) [Entered: 01/28/2015 04:44 PM] |
| 01/28/2015 | 46<br>2 pg, 186.89 KB | Filed clerk order: The amicus brief [43] submitted by Chamber of Commerce of the United States is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: green. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [9400272] (LA) [Entered: 01/28/2015 04:45 PM] |
| 01/30/2015 | 47 | Received 7 paper copies of Amicus brief [43] filed by Chamber of Commerce of the United States. [9402834] (SD) [Entered: 01/30/2015 11:26 AM] |
| 02/02/2015 | 48 | Received 7 paper copies of Amicus brief [42] filed by WLF. [9405230] (SD) [Entered: 02/02/2015 01:54 PM] |
| 03/06/2015 | 49<br>39 pg, 409.84 KB | Submitted (ECF) Reply Brief for review. Submitted by Appellant Levi Jones. Date of service: 03/06/2015. [9448314] [14-16327] (Shelton, David) [Entered: 03/06/2015 12:52 PM] |
| 03/09/2015 | 50<br>2 pg, 186.16 KB | Filed clerk order: The reply brief [49] submitted by Levi Jones is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: gray. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [9449864] (KT) [Entered: 03/09/2015 01:36 PM] |
| 03/11/2015 | 51<br>1 pg, 47.67 KB | Filed Appellant Levi Jones undated letter regarding submission of corrected Volume 7 of excerpts of record under seal. Deficiencies: No certificate of service. [9457436]--[Edited 03/18/2015 by ASW: Changed filing type and text, resent notice.] (LA) [Entered: 03/13/2015 04:34 PM] |
| 03/11/2015 | 52 | COURT DELETED INCORRECT/DUPLICATE ENTRY. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [54]. Original Text: Received Appellant Levi Jones corrected Volume 7 of excerpts of record UNDER SEAL. Served on 03/10/2015. Deficiencies: motion to file corrected volume pending. [9457440] (LA) [Entered: 03/13/2015 04:36 PM] |
| 03/11/2015 | 54 | Filed Appellant Levi Jones corrected Volume 7 of excerpts of record UNDER SEAL. Served on 03/10/2015. [9461410] (LA) [Entered: 03/17/2015 05:40 PM] |
| 03/16/2015 | 53 | Received 7 paper copies of Reply brief [49] filed by Levi Jones. [9459847] (SD) [Entered: 03/17/2015 08:59 AM] |
| 07/30/2015 | 55<br>2 pg, 79.32 KB | Filed (ECF) notice of appearance of Richard Trent Taylor for Appellee ConAgra Foods, Inc.. Date of service: 07/30/2015. [9627940] [14-16327] (Taylor, Richard) [Entered: 07/30/2015 07:32 AM] |
| 07/30/2015 | 56 | Added attorney Richard Trent Taylor for ConAgra Foods, Inc., in case 14-16327. [9627980] (CW) [Entered: 07/30/2015 07:50 AM] |
| 07/30/2015 | 57<br>2 pg, 78.99 KB | Filed (ECF) notice of appearance of Angela M. Spivey for Appellee ConAgra Foods, Inc.. Date of service: 07/30/2015. [9628170] [14-16327] (Spivey, Angela) [Entered: 07/30/2015 09:29 AM] |
| 07/30/2015 | 58 | Added attorney Angela M. Spivey for ConAgra Foods, Inc., in case 14-16327. [9628432] (SW) [Entered: 07/30/2015 10:52 AM] |
| 09/22/2015 | 59<br>2 pg, 191.33 KB | Filed (ECF) Appellant Levi Jones citation of supplemental authorities. Date of service: 09/22/2015. [9692054] [14-16327] (Shelton, David) [Entered: 09/22/2015 01:17 PM] |
| 10/01/2015 | | |

Exhibit C, Page 21

|            |                          |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
|------------|--------------------------|----|
|            | ☐ 60<br>3 pg, 36.77 KB   | Filed (ECF) Appellee ConAgra Foods, Inc. citation of supplemental authorities. Date of service: 10/01/2015. [9703740] [14-16327] (Gresham, Allen) [Entered: 10/01/2015 11:13 AM] |
| 10/26/2015 | ☐ 61<br>2 pg, 37.76 KB   | Filed (ECF) Appellee ConAgra Foods, Inc. citation of supplemental authorities. Date of service: 10/26/2015. [9732740] [14-16327] (Gresham, Allen) [Entered: 10/26/2015 02:25 PM] |
| 01/14/2016 | ☐ 62<br>1 pg, 43.5 KB    | Filed clerk order (Deputy Clerk: DMA): The January 4, 2016 motion filed in appeal Nos. 14-17480 and 15-55727 to have this appeal assigned to the same the same merits panel as appeals No. 14- 17480, Brazil v. Dole Packaged Foods, LLC, and No. 15-55727, Briseño v. ConAgra Foods, Inc., is granted, in part. This appeal shall be assigned to the same merits panel as appeals Nos. 14-17480 and 15-55727. The requests for oral argument and for a full allotment of time for oral argument for each appeal are referred to the merits panel. Briefing is complete. [9827755] (WL) [Entered: 01/14/2016 01:29 PM] |
| 03/24/2016 | ☐ 63                     | This case is being considered for the July 2016 San Francisco oral argument calendar. The exact date of your oral argument has not been determined at this time.<br>The following is a link to the upcoming court sessions:<br>http://cdn.ca9.uscourts.gov/datastore/uploads/calendar/sitdates_2016.pdf.<br>Please review these upcoming dates *immediately* to determine if you have any conflicts with them. If you do have conflicts, please inform the Court within 3 days of this notice by sending a letter to the Court using CM/ECF (**Type of Document**: File Correspondence to Court; **Subject**: regarding availability for oral argument).<br>The Court discourages motions to continue after this 3-day period.<br>The clerk's office takes conflict dates into consideration in scheduling oral arguments but cannot guarantee that every request will be honored. Your case will be assigned to a calendar approximately 10 weeks before the scheduled oral argument date.<br>Note that your case will be set for hearing in due course if it is not assigned to this calendar.<br>In addition, if parties would like to discuss settlement before argument is scheduled, they should jointly request a referral to the mediation unit. Such a referral will postpone the calendaring of oral argument. All such requests must be made within 3 days of this notice by sending a letter to the Court using CM/ECF (Type of Document: File Correspondence to Court; Subject: request for mediation). Once the case is calendared, it is unlikely that the court will postpone argument for settlement discussions.[9915084] (AW) [Entered: 03/24/2016 05:40 PM] |
| 03/25/2016 | ☐ 64<br>1 pg, 88.65 KB   | Filed (ECF) Appellant Levi Jones Correspondence: regarding availability for oral argument. Date of service: 03/25/2016 [9915672] [14-16327] (Shelton, David) [Entered: 03/25/2016 10:59 AM] |
| 03/28/2016 | ☐ 65<br>1 pg, 371.83 KB  | Filed (ECF) Appellee ConAgra Foods, Inc. Correspondence: Letter regarding conflict concerning oral argument. Date of service: 03/28/2016 [9916978] [14-16327] (Spivey, Angela) [Entered: 03/28/2016 05:45 AM] |
| 04/05/2016 | ☐ 67                     | Ordered electronic copies of appellants sealed excerpts of record. [9927830] (SOS) [Entered: 04/05/2016 12:36 PM] |
| 04/05/2016 | ☐ 68                     | Received electronic copies of appellants sealed excerpts of record. [9928284] (SOS) [Entered: 04/05/2016 02:46 PM] |
| 04/21/2016 | ☐ 69                     | This case is being considered for the August 2016 San Francisco oral argument calendar. The exact date of your oral argument has not been determined at this time.<br>The following is a link to the upcoming court sessions:<br>http://cdn.ca9.uscourts.gov/datastore/uploads/calendar/sitdates_2016.pdf.<br>Please review these upcoming dates *immediately* to determine if you have any conflicts with them. If you do have conflicts, please inform the Court within 3 days of this notice by sending a letter to the Court using CM/ECF (**Type of Document**: File Correspondence to Court; **Subject**: regarding availability for oral argument).<br>The Court discourages motions to continue after this 3-day period.<br>The clerk's office takes conflict dates into consideration in scheduling oral arguments but cannot guarantee that every request will be honored. Your case will be assigned to a calendar approximately 10 weeks before the scheduled oral argument date.<br>Note that your case will be set for hearing in due course if it is not assigned to this calendar.<br>In addition, if parties would like to discuss settlement before argument is scheduled, they should jointly request a referral to the mediation unit. Such a referral will postpone the calendaring of oral argument. All such requests must be made within 3 days of this notice by sending a letter to the Court using CM/ECF (Type of Document: File Correspondence to Court; Subject: request for mediation). Once the case is calendared, it is unlikely that the court will postpone argument for settlement discussions.[9948916] (AW) [Entered: 04/21/2016 03:34 PM] |
| 04/25/2016 | ☐ 70<br>3 pg, 229.26 KB  | Filed (ECF) Appellant Levi Jones Correspondence: regarding availability for oral argument. Date of service: 04/25/2016 [9950703] [14-16327] (Shelton, David) [Entered: 04/25/2016 06:07 AM] |
| 05/17/2016 | ☐ 71                     | This case is being considered for the September 2016 San Francisco oral argument calendar. The exact date of your oral argument has not been determined at this time.<br>The following is a link to the upcoming court sessions:<br>http://cdn.ca9.uscourts.gov/datastore/uploads/calendar/sitdates_2016.pdf.<br>Please review these upcoming dates *immediately* to determine if you have any conflicts with them. If you do have conflicts, please inform the Court within 3 days of this notice by sending a letter to the Court using |

Exhibit C, Page 22

| | | |
|---|---|---|
| | | CM/ECF (**Type of Document**: File Correspondence to Court; **Subject**: regarding availability for oral argument).<br>The Court discourages motions to continue after this 3-day period.<br>The clerk's office takes conflict dates into consideration in scheduling oral arguments but cannot guarantee that every request will be honored. Your case will be assigned to a calendar approximately 10 weeks before the scheduled oral argument date.<br>Note that your case will be set for hearing in due course if it is not assigned to this calendar.<br>In addition, if parties would like to discuss settlement before argument is scheduled, they should jointly request a referral to the mediation unit. Such a referral will postpone the calendaring of oral argument. All such requests must be made within 3 days of this notice by sending a letter to the Court using CM/ECF (Type of Document: File Correspondence to Court; Subject: request for mediation). Once the case is calendared, it is unlikely that the court will postpone argument for settlement discussions.[9980201] (AW) [Entered: 05/17/2016 03:11 PM] |
| 05/18/2016 | ☐ 72<br>1 pg, 100.62 KB | Filed (ECF) Appellant Levi Jones Correspondence: regarding availability for oral argument. Date of service: 05/18/2016 [9980885] [14-16327] (Shelton, David) [Entered: 05/18/2016 08:57 AM] |
| 07/05/2016 | ☐ 73 | Notice of Oral Argument on Monday, September 12, 2016 - 09:30 A.M. - Courtroom 1 - San Francisco CA.<br><br>View the Oral Argument Calendar for your case **here**.<br><br>Be sure to review the GUIDELINES for important information about your hearing, including when to arrive (30 minutes before the hearing time) and when and how to submit additional citations (filing electronically as far in advance of the hearing as possible).<br><br>When you have reviewed the calendar, download the ACKNOWLEDGMENT OF HEARING NOTICE form, complete the form, and file it via Appellate ECF or return the completed form to: SAN FRANCISCO Office. [10037960] (AKM) [Entered: 07/05/2016 09:24 AM] |
| 07/11/2016 | ☐ 74<br>12 pg, 39.89 KB | Filed (ECF) Appellee ConAgra Foods, Inc. Unopposed Motion to stay appellate proceedings. Date of service: 07/11/2016. [10045970] [14-16327] (Gresham, Allen) [Entered: 07/11/2016 02:36 PM] |
| 07/12/2016 | ☐ 75<br>1 pg, 263.68 KB | Filed clerk order (Deputy Clerk: AF): Appellee's unopposed motion to stay this appeal pending the Supreme Court's resolution of Microsoft Corp. v. Baker, et al., No. 15-457, is GRANTED. The case is removed from the court's September 12, 2016 argument calendar in San Francisco and returned to the calendar unit. Within thirty (30) days of the Supreme Court's decision in Microsoft Corp. v. Baker, the parties shall file a joint status update informing the court whether the parties are prepared to proceed in this case. [10047894] (AF) [Entered: 07/12/2016 03:48 PM] |

Exhibit C, Page 23

Clear All

◉ Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

**Selected Pages:** 0     **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| U.S. Court of Appeals for the 9th Circuit - 12/19/2016 07:50:10 | | | |
| **PACER Login:** | dg08212015 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 14-16327 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |