JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re Fontem US, Inc. Consumer Class Action Litigation. | ) ) ) | SACV 15-01026  JVS (RAOx) consolidated with SACV 15-2018 JVS(RAOx) |
| Larry Diek, et al. | ) ) | |
| Plaintiff, | ) ) | ORDER OF DISMISSAL UPON |
| v. | ) ) | SETTLEMENT OF CASE |
| Fontem, US, Inc., et al, | ) ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

　　　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　　　　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated. The Court vacates the Scheduling Conference set August 20, 2018.

DATED:  August 17, 2018

_____
　　　　　　James V. Selna
　　　　United States District Judge